UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kirk B. Wolhart,                                            Civil No. 05-254 (RHK/JSM)

      Plaintiff,                                           **ORDER**

  v.

Genuine Parts Company, d/b/a
Napa Auto Parts,

      Defendant.

_____

**IT IS ORDERED**:

1. Defendant's Motion to Strike Affidavit of Kirk E. Wolhart and Incorporated Memorandum of Law is **DENIED**;

2. Defendant may serve and file its Reply to the above Affidavit and Incorporated Memorandum of Law on or before February 22, 2006.

February 10, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge