## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kirk E. Wolhart,

                       Plaintiff,

                                             Civ. No. 05-254 (RHK/JSM)
                                             **ORDER**

v.


Genuine Parts Company,
d/b/a NAPA Auto Parts,

                       Defendant.

---

      Having reviewed the written submissions of the parties, the Court is satisfied that oral arguments will not materially assist it in resolving the pending summary judgment motion.  Accordingly, **IT IS ORDERED** that the March 3, 2006 hearing is **CANCELLED** and Defendant's Motion for Summary Judgment (Doc. No. 20) is deemed submitted on this date for resolution on the written record.


Dated: February 23, 2006                                                 s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                         United States District Judge